UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. REED,

       Plaintiff,

CIVIL NO.: 04-CV-73975

vs.

MEIJER STORES LIMITED
PARTNERSHIP, et al.,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on June 01, 2006;

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is GRANTED and the case is dismissed with prejudice.

Dated: August 11, 2006                                  s/John Corbett O'Meara
                                                                               U.S. District Judge